THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:23-cv-02315

IN THE MATTER OF: THE COMPLAINT OF BEYEL BROTHERS, INC., AS OWNER OF THE TUG MEGAN BEYEL (ON: 608097), ITS ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

      Petitioner.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

      Respondent, DEXTER DOUGLAS, pursuant to Local Rule 2.02(a), designates the following as lead counsel:

**HOWARD S. GROSSMAN**
**Florida Bar No. 454771**
Pleadings@grossmanattorneys.com
**GROSSMAN ATTORNEYS AT LAW**


[Signature block is on next page]


Dated:     January 10, 2024.

        Respectfully submitted,

By: /s/ Howard S. Grossman
    Howard S. Grossman, Esq.
    Florida Bar No.: 454771
    Howard@grossmanattorneys.com
    **Grossman Attorneys at Law**
    1098 NW Boca Raton Blvd.
    Boca Raton, Florida 33432
    Telephone: (561) 368-8048
    Facsimile: (561) 391-1193
    **Service Email:**
    Pleadings@grossmanattorneys.com
    Counsel for respondent, Dexter Douglas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2024, the foregoing document is being filed with this court and served on all counsel of record or *pro se* parties identified on the service list in the manner specific, via transmission of notices of electronic filing generated by CM/ECF.

        By: /s/ Howard S. Grossman
            Howard S. Grossman, Esq.