THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:23-cv-02315

IN THE MATTER OF:

THE COMPLAINT OF BEYEL BROTHERS, INC., AS OWNER OF THE TUG MEGAN BEYEL (ON: 608097), ITS ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

      Petitioner.
_____/

## **<u>DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 respondent, DEXTER DOUGLAS, makes the following disclosures:

(1) Identify each person--including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity--that has or might have an interest in the outcome;

    **1. Dexter Douglas – Respondent**

    **2. Grossman Attorneys at Law**

    **3. Howard S. Grossman, Esq.**

**Grossman Attorneys at Law**

(2) Identify each entity with publicly traded shares or debt potentially affected by the outcome;

**None**

(3) Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee; and

**None**.

(4) Identity each person arguably eligible for restitution:

**Dexter Douglas**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

/s/ Howard S. Grossman
Howard S. Grossman, Esq.
Florida Bar No.: 454771
Howard@grossmanattorneys.com
**Grossman Attorneys at Law**
1098 NW Boca Raton Blvd.
Boca Raton, Florida 33432
Telephone: (561) 368-8048
Facsimile: (561) 391-1193
**Service Email:**
Pleadings@grossmanattorneys.com
Counsel for respondent, Dexter Douglas

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 10, 2024, the foregoing document is being filed with this court and served on all counsel of record or *pro se* parties identified on the service list in the manner specific, via transmission of notices of electronic filing generated by CM/ECF.

By: /s/ Howard S. Grossman<br>
Howard S. Grossman, Esq.