THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN ADMIRALTY

CASE NO.: 6:23-cv-02315

IN THE MATTER OF: THE COMPLAINT OF BEYEL BROTHERS, INC., AS OWNER OF THE TUG MEGAN BEYEL (ON: 608097), ITS ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

    Petitioner.
_____/

## CLAIM OF DEXTER DOUGLAS FILED UNDER PROTEST

Claimant, Dexter Douglas, by and through his undersigned counsel, files this his Notice of Claim in response to the Petitioner's Complaint for Exoneration from or Limitation of Liability, and files this his claim under protest and alleges as follows:

DEXTER DOUGLAS, Respondent/Claimant, brings this claim against Petitioner, BEYEL BROTHERS, INC., under protest, objection, and subject to and without prejudice to Claimant's pending Motion to Dismiss for Lack of Subject Matter Jurisdiction [D.E. 16] that this action is improper and should be dismissed. Subject to protest, objection, and without prejudice, Claimant alleges that at all times material hereto:

1. Claimant's damages are not liquidated and will exceed the limitation fund of Petitioner.

2. Claimant's claims against BEYEL BROTHERS, INC. (hereinafter "Petitioner") arose in Brevard County, Florida, and are the subject of a lawsuit filed against Petitioner on June 28th 2023, in the Circuit Court of the 18th Judicial Circuit in and for Brevard County, Florida, Case No.: 05-2023-CA-033268.

3. Petitioner is a Florida Corporation with its principal place of business in Brevard County, Florida.

4. At all times material hereto, Claimant was assigned to work on Petitioner's vessel, the *Megan Beyel*.

5. On December 22, 2021, Claimant was working aboard the *Megan Beyel* docked for repair in navigable waters at Petitioner's facility in Brevard, County, Florida.

6. On December 22, 2021, while Claimant was aboard the *Megan Beyel* a vessel, owned, operated, controlled and/or maintained by the Petitioner Claimant was caused to suffer bodily injuries which required and will continue to require medical treatment as a result of the vessel's unseaworthiness, including its tackle, gear and appurtenances not being reasonably fit for its intended purposes and/or its crew were not reasonably adequate to perform the work assigned.

7. The Petitioner owed Claimant the duty to exercise due care in the manner and method of the repair of the vessel; failed to ensure the vessel, its tackle, gear and appurtenances were in safe working order; that the work being

performed on the vessel was performed in a reasonably safe manner; failed to ensure claimant was provided proper protective gear; failed to inspect the work being performed on the vessel; failed to warn of the vessel's dangerous condition that the Petitioner knew or should have known of including its tackle, gear and appurtenances before Claimant was set to perform work on the vessel; failed to implement and enforce methods for ensuring the work on the vessel was performed in a reasonably safe manner.

8. Petitioner's breach of its duty of care to Claimant caused him to suffer permanent bodily injury, physical pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, lost earnings, and/or loss of ability to earn, expense of hospitalization, medical and nursing care, diagnostics, medicine and injury/related treatment, aggravation of a previously existing condition, activation of a latent condition, and all other damages allowed by law.

WHEREFORE, Respondent/Claimant, DEXTER DOUGLAS, prays for the following relief:

a) The claim for exoneration from or limitation of liability be dismissed with prejudice;

b) A judgment for damages be rendered in favor of Dexter Douglas and against Petitioner, Beyel Brothers, Inc. in an amount in excess of the claimed value of the vessel of $450,000.00;

    c)    Prejudgment interest where applicable;

    d)    Cost of suit; and

    e)    Punitive damages as a result of the gross negligence of the Petitioner.

Dated:    February 1, 2024.

                      Respectfully submitted,

                  By: /s/ Howard S. Grossman
                      Howard S. Grossman, Esq.
                      Florida Bar No.: 454771
                      Howard@grossmanattorneys.com
                      **Grossman Attorneys at Law**
                      1098 NW Boca Raton Blvd.
                      Boca Raton, Florida 33432
                      Telephone: (561) 368-8048
                      Facsimile: (561) 391-1193
                      **Service Email:**
                      Pleadings@grossmanattorneys.com
                      Counsel for Respondent, Dexter Douglas

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2024, the foregoing document is being filed with this court and served on all counsel of record identified on the service list in the manner specific, via transmission of notices of electronic filing generated by CM/ECF.

                                      By: /s/ Howard S. Grossman
                                          Howard S. Grossman, Esq.